**Marion Dennis MURRAY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5096.

United States Court of Appeals, Federal Circuit.

DECIDED: July 14, 2004.

Marion Dennis Murray, of Counsel, Columbus, GA, pro se.

Doris Finnerman, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.